| Case No. | CV 10-7542-CAS | Date | May 31, 2011 |
|---|---|---|---|
| Title | IN RE: ASATOUR BAGHDASARIAN | | |

Bankruptcy No. LA 10-29036 VZ; BAP No. CC-10-1277

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present                                        Not Present

**Proceedings:**   **(In chambers:) PLAINTIFF ASATOUR BAGHDASARIAN'S REQUEST TO PROCEED *IN FORMA PAUPERIS*.**

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

The matter at issue is currently before the Bankruptcy Appellate panel. Plaintiff moves to proceed *in forma pauperis*. Plaintiff has paid his bankruptcy filing fee and the appeal filing fee. Pursuant to Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992), the BAP has no authority to grant *in forma pauperis* motions under 28 U.S.C. § 1915(a). The BAP has therefore transferred plaintiff's motion to this Court for the limited purpose of ruling on the motion to proceed *in forma pauperis*.

A federal district court may authorize the commencement, prosecution or defense of any suit, action, proceeding or appeal *in forma pauperis*, without prepayment or fees, by a person who submits an affidavit that includes a statement of all assets such person possesses and proves that the person is unable to pay such fees. 28 U.S.C. §1915(a). The United States Supreme Court has explicitly excepted bankruptcy proceedings from proceeding *in forma pauperis*. U.S. v. Kras, 409 U.S. 434, 450. 28 U.S.C. §1930 codified the Court's holding in Kras. Section 1930(a) explicitly extends the exception to bankruptcy filing fees. 28 U.S.C. §1930(a). Section 1930(f)(2) allows a district court to waive any additional fees and appellate filing fees. 28 U.S.C. §1930(f)(2).

Plaintiff has failed to provide a statement of all of his assets in his motion. Thus, the Court cannot determine whether he is able to pay the fees associated with his

bankruptcy appeal. Therefore, the plaintiff fails to provide evidence necessary to proceed *in forma pauperis*. The Court therefore DENIES plaintiff's motion.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |